# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN DEATHERAGE, | ) | Case No. 3:16-CV-0206 MMD-VPC |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME** |
| | ) | **FOR EXPERT WITNESS** |
| Vs. | ) | **DISCLOSURES** |
| | ) | |
| SCHINDLER ELEVATOR | ) | |
| CORPORATION, ABC | ) | |
| CORPORATIONS 1-10, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Local Rule 26-4, the parties request an extension of two (2) weeks to make expert disclosures.

**(a) Statement specifying the discovery completed:**

The parties have exchanged initial disclosures, paper discovery and conducted depositions of the parties.

**(b) A specific description of the discovery that remains to be completed:**

Defendant Schindler has indicated its desire to take the depositions of several non-party witnesses. Those depositions are in the process of being scheduled.

**(c) The reason why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan:**

Four (4) depositions of employees of Defendant Schindler Elevator Corporation were taken on August 5, 2016, at Sunshine Court Reporting in Reno, NV. These depositions involved the elevator mechanics who serviced and were responsible for maintaining the subject elevator prior to the malfunction.

To date, Plaintiff has not received the transcripts of the proceedings. Sunshine Court Reporting has indicated that it has been unable to contact the court reporter who transcribed the depositions and that she is currently undergoing chemotherapy treatment for breast cancer. Sunshine has assured Plaintiff the transcripts will be available early next week. Should the Court require, Sunshine Court Reporting has offered to provide a certification reflecting the above facts.

Based on the lack of transcripts, Plaintiff has not been able to provide its experts with critical testimony regarding the servicing and maintenance of the subject elevator prior to its malfunction and Plaintiff's experts have not been able to finalize their reports.

**(d) A proposed schedule for completing discovery:**

The parties have stipulated to a two week extension to the expert disclosure deadline – moving the deadline to September 9, 2016.

Dated: August 26, 2016

By: /s/ Timothy Dinan

Calvin R.X. Dunlap
Nevada State Bar No. 2111
Monique Laxalt
Nevada State Bar No. 1969
DUNLAP & LAXALT
537 Ralston Street
Reno, NV 89503
worldlyx@worldnet.att.net
danniellyk@sbcglobal.net

Andrew A. Fraser (*pro hac vice*)
New Jersey Bar No. 006221989
Timothy E. Dinan (*pro hac vice*)
New Jersey Bar No. 023232010
LADDEY, CLARK & RYAN, LLP
60 Blue Heron Road
Sparta, NJ 07871
afraser@lcrlaw.com
tdinan@lcrlaw.com

Attorneys for Plaintiff,
John Deatherage

By:  /s/ Jessica Williams Schnelker

Christopher D. Phipps
Nevada State Bar No. 3788
Alan W. Westbrook, Nevada #6167
Nevada State Bar No. 6167
6490 South McCarran Blvd., Suite C-20
Reno, NV 89509
775-829-2002
Fax 775-829-1808
cphipps@perrywestbrook.com
awestbrook@perrywestbrook.com

Kevin C. Schiferl
Indiana State Bar No. 14138-49 (*pro hac vice*)
Jessica Williams Schnelker
Indiana State Bar No. 31566-49 (*pro hac vice*)
FROST BROWN TODD LLC
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax 317-237-3900
kschiferl@fbtlaw.com
jschnelker@fbtlaw.com

Attorneys for Defendant,
Schindler Elevator Corporation

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2016